**GUSTAV J. NICHOLS** and **MATHILDA NICHOLS,** his wife, v. **KELLEY HOLDING COMPANY,** a Florida corporation, et al.

35 So. (2nd) 299                                   June Term, 1948
April 27, 1948                                        Division A
Rehearing denied May 31, 1948

*Davis & Lockhart,* for appellants.

*J. Henry Buttram* for Mamie Freeman, L. H. Strother and Janie Strother, his wife, *Otis Farrington* for Ethel Toler, formerly Ethel Freeman and Guardian Ad Litem for Joe Freeman, a minor, *C. E. Farrington* for Kelley Holding Company, appellees.

PER CURIAM:

The contentions of counsel for a reversal of the final decree entered in the Court below have been carefully considered and we have reached the conclusion that these contentions are without merit and the record is free from error. See Shuptrine v. Wohl Holding Corp., 147 Fla. 185, 3 So. (2nd) 524.

Affirmed.

THOMAS, C. J., TERRELL, CHAPMAN and SEBRING, JJ., concur.